**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF PENNSYLVANIA

February 5, 2009

WILLIAM J. NEALON FEDERAL BLDG.
235 N. WASHINGTON AVE., P.O. BOX 189
SCRANTON, PA 18501-0189

**RICHARD P. CONABOY**
JUDGE

TEL. (570) 207-5710
FAX (570) 207-5719

Dear Counsel:

The referenced case listed has been assigned to me, and has been placed on the September 14, 2009 **Trial List**:

**Reisinger v. City of Wilkes Barre; Leighton; Kratz; Barrouk; Kermec; & The Cradle Company II, Inc. -  3:09-CV-210**

As I am sure you are now aware, the Federal Rules of Civil Procedure, the Local Rules of the Middle District of PA, and the Civil Justice Reform Act Expense and Delay Reduction Plan of the Middle District of PA, are all directed at an early, inexpensive and uncomplicated resolution of the cases filed in Federal Court. To that end, four significant events must be scheduled in each case: (1) a meeting of counsel, out of which will grow the Case Management Plan; (2) a scheduling conference with the Court and counsel, out of which will grow the actual schedule for the preparation of the case; (3) a final pretrial conference in immediate preparation for trial; and (4) a specific trial date. On the occasion of each event, an amicable settlement of the case should be a primary topic of discussion.

To achieve these goals, counsel should obtain early and immediate service of all documents, particularly the initial summons and initial pleadings in the case. This will assure the entry of appearance of all parties necessary to carry out an appropriate schedule. To accomplish this, counsel are admonished not to enter into agreements for extensions of time for filing answers or other responsive pleadings without seeking court approval.

<u>Within 120 days I will set a date for the Scheduling Conference. Counsel must meet and file a Joint Case Management Plan at least five days before this conference.</u>

Any inquiries you have concerning this case and its progress should be directed to Charles Cleveland, Courtroom Deputy, Federal Building, P.O. Box 189, Scranton, PA 18501, Phone Number (570) 207-5710.

Sincerely,

*Richard P. Conaboy*

Richard P. Conaboy

FILED
SCRANTON
FEB 0 5 2009

All attorneys practicing in the Middle District of Pennsylvania must register for ECF by October 18, 2004 or show cause to the Chief Judge why they should not be required to register as filing users and file documents electronically. For more information, visit our ECF website at www.pamd.uscourts.govcmecf.htf