IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

| | |
|---|---|
| JOSEPH R. REISINGER, | : |
| Plaintiff, | : |
| v. | : No. 3:09-CV-210 |
| THE CITY OF WILKES-BARRE, THE CADLE COMPANY, ET AL | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly note my entry of appearance on behalf of Defendants, The Cadle Company II, Inc., and Michael Kermec, in this proceeding.

LAW OFFICES OF KEVIN T. FOGERTY

Date: March 18, 2009

By: /s/ Kevin T. Fogerty

Kevin T. Fogerty, Esquire
Attorneys for Defendants, The Cadle
Company II, Inc. and Michael Kermec

Mill Run Office Center
1275 Glenlivet Drive, Suite 150
Allentown, PA 18106
Phone 610-366-0950
Fax 610-366-0955
E-Mail kfogerty@fogertylaw.com
PA Supreme Court I. D. No. 48092

## CERTIFICATE OF SERVICE

I, Kevin T. Fogerty, Esquire, counsel for Defendants, The Cadle Company II, Inc., and Michael Kermec, in this proceeding, hereby state and certify that on Wednesday, March 18, 2009, I served by first-class mail, a true and correct copy of this Entry of Appearance, upon the following:

Peter G. Loftus, Esquire
Loftus Law Firm, P.C.
Box V, 1207 N. Abington Road
Waverly, PA 18471
*Attorneys for Plaintiff, Joseph R. Reisinger*

City of Wilkes-Barre
40 East Market Street
Wilkes-Barre, PA 18702
*Pro Se*

Thomas Leighton
40 East Market Street
Wilkes-Barre, PA 18702
*Pro Se*

Frances Kratz
40 East Market Street
Wilkes-Barre, PA 18702
*Pro Se*

Gregory Barrouk
40 East Market Street
Wilkes-Barre, PA 18702
*Pro Se*

Date: March 18, 2009

_____
Kevin T. Fogerty