IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
CIVIL ACTION - LAW

JOSEPH R. REISINGER, :
:
    Plaintiff, :
:
v. : No. 3:09-CV-210
:
THE CITY OF WILKES-BARRE, :
THE CADLE COMPANY, ET AL :
:
    Defendants. :

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, The Cadle Company II, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

March 18, 2009      _____
Date                               Signature

                           Counsel for: Defendants, The Cadle Company II, Inc., and Michael Kermec