```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

Joseph R. Reisinger                 :
                                    :     (Judge Conaboy)
         Plaintiff                  :
                                    :
    v.                              :
                                    :     3:09-CV-210
City of Wilkes-Barre, et al.        :
                                    :
         Defendants                 :
                                    :

FILED SCRANTON

APR 2 1 2009

PER _____ DEPUTY CLERK

## CASE MANAGEMENT ORDER

On April 23, 2009, a Joint Case Management Conference was held in this matter at which the Court discussed with counsel the proper preparation of this case for trial.

As a result of that conference, the Court has determined that the following schedule shall apply to this matter.

1. All discovery will be completed on or before **November 30, 2009**.

2. Any additional parties shall be identified on or before **September 30, 2009**.

3. Any amendments to the pleadings shall be completed on or before **October 31, 2009**.

4. Plaintiff's expert's report will be supplied to the Defendant on or before **October 31, 2009.**

5. Defendant's expert's report shall be supplied to the Plaintiff on or before **November 30, 2009**.

6. All dispositive motions shall be filed on or before. **January 20, 2010.**

7. A final pretrial conference will be held in this matter on **Thursday, August 19, 2010, at 10:00 a.m. in Chambers. Pretrial memorandums, points for charge, written expert reports of expert witnesses scheduled to testify, and Special Verdict Questions, shall be filed on or before August 11, 2010 .**

8. Motions In Limine, if any, shall be filed on or before **August 6, 2010**.

9. Counsel are directed to notify the Court by letter, no later than **December 3, 2009,** regarding the status of settlement in this case. If counsel feel settlement discussions would be useful and potentially successful, counsel are directed to include in this notification dates of availability for the Court to schedule a settlement conference.

10. This case is assigned to **September 2010, Trial List**, with Jury Selection to commence on **Tuesday, September 7, 2010, at 9:30 a.m. in Scranton, Pa.**

IT IS SO ORDERED.

Richard P. Conaboy
Date: April 24, 2009    United Stated District Judge