```
             UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

JOSEPH R. REISINGER,                  :
                                      :CIVIL ACTION NO. 3:09-CV-210
          Plaintiff,                  :
                                      :(JUDGE CONABOY)
     v.                               :
                                      :
THE CITY OF WILKES-BARRE,             :
THOMAS LEIGHTON, FRANCES KRATZ,       :
GREGORY BARROUCK, MICHAEL KERMEC,     :
and THE CADLE COMPANY II, INC.,       :
                                      :
          Defendants.                 :
                                      :

**FILED SCRANTON**

**AUG 1 9 2009**

PER _____ CTC _____
       DEPUTY CLERK

```
             UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

JOSEPH R. REISINGER,                  :
                                      :CIVIL ACTION NO. 3:09-CV-1554
          Plaintiff,                  :
                                      :(JUDGE CONABOY)
     v.                               :
                                      :
LUZERNE COUNTY,                       :
LUZERNE COUNTY TAX CLAIM BUREAU,      :
MARY DYSLESKI, STEPHEN A. URBAN,      :
NEIL T. O'DONNELL, JAMES P. BLAUM,    :
THE CADLE COMPANY II, INC.,           :
DANIEL C. CADLE, MICHAEL KERMEC,      :
DOUG HARRAH, KEVIN T. FOGERTY,        :
TINA RANDAZZO, NOVA SAVINGS BANK,     :
and CRAIG J. SCHER,                   :
                                      :
          Defendants.                 :
                                      :

## RULE TO SHOW CAUSE ORDER

Because the above-captioned actions filed in the Middle District of Pennsylvania share some common questions of law or fact; and

Because consolidation of these actions may prevent unnecessary cost and delay and promote judicial efficiency,

**NOW, THEREFORE, THIS** 19th **DAY OF AUGUST 2009,** the parties are directed to Show Cause on or before August 27, 2009, why these actions should not be consolidated and/or why said consolidation should not take place on August 28, 2009.

*[signature]*
RICHARD P. CONABOY
United States District Judge