**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH R. REISINGER,** | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| vs. | : | No. 3:09-CV-210 |
| **THE CITY OF WILKES-BARRE,** | : | |
| **THE CADLE COMPANY, ET AL** | : | |
| Defendants | : | |

## *ENTRY OF APPEARANCE*

Kindly enter my appearance as counsel for the **Defendant, CITY OF WILKES-BARRE**, in the above captioned matter.

                                      *s/John C. Aciukewicz*
                                      _____
                                      **JOHN C. ACIUKEWICZ, ESQUIRE**
                                      458 Wyoming Avenue, Suite 201
                                      Kingston, PA 18704
                                      Telephone: 570.718.1313
                                      Facsimile: 570.718.1790
                                      PA. Attorney I.D. No. 41280

DATED: August __25__, 2009

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. REISINGER, | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| vs. | : | No. 3:09-CV-210 |
| THE CITY OF WILKES-BARRE, THE CADLE COMPANY, ET AL | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, **JOHN C. ACIUKEWICZ, ESQUIRE,** counsel for The City of Wilkes-Barre, in this proceeding, hereby certifies that on August 25, 2009 I served a true and correct copy of this **Entry of Appearance,** upon the following individuals via first class mail:

Kevin T. Fogerty, Esquire
Attorney for Defendants, The Cadle Company II, Inc.
and Michael Kermec
Mill Run Office Center
1275 Glenlivet Drive, Suite 150
Allentown, PA 18106

Donald H. Brobst, Esquire
Rosenn Jenkins & Greenwald
15 S. Franklin Street
Wilkes-Barre, PA 18711-0075
Attorney for Defendants,
City of Wilkes-Barre, Thomas Leighton,
Frances Kratz and Gregory Barrouk

*s/John C. Aciukewicz*
_____
**JOHN C. ACIUKEWICZ, ESQUIRE**
458 Wyoming Avenue, Suite 201
Kingston, PA 18704
(570) 718-1313
Attorney I.D. #41280