Reisinger v. City of Wilkes Barre et al | Doc. 19

```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

JOSEPH R. REISINGER,                :
                                    :CIVIL ACTION NO. 3:09-CV-210
          Plaintiff,                :
                                    :(JUDGE CONABOY)
     v.                             :
                                    :
THE CITY OF WILKES-BARRE,           :
THOMAS LEIGHTON, FRANCES KRATZ,     :
GREGORY BARROUCK, MICHAEL KERMEC,   :
and THE CADLE COMPANY II, INC.,     :
                                    :
          Defendants.               :
                                    :

FILED SCRANTON
AUG 2 8 2009
PER _____ DEPUTY CLERK

```
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

JOSEPH R. REISINGER,                :
                                    :CIVIL ACTION NO. 3:09-CV-1554
          Plaintiff,                :
                                    :(JUDGE CONABOY)
     v.                             :
                                    :
LUZERNE COUNTY,                     :
LUZERNE COUNTY TAX CLAIM BUREAU,    :
MARY DYSLESKI, STEPHEN A. URBAN,    :
NEIL T. O'DONNELL, JAMES P. BLAUM,  :
THE CADLE COMPANY II, INC.,         :
DANIEL C. CADLE, MICHAEL KERMEC,    :
DOUG HARRAH, KEVIN T. FOGERTY,      :
TINA RANDAZZO, NOVA SAVINGS BANK,   :
and CRAIG J. SCHER,                 :
                                    :
          Defendants.               :
                                    :

## ORDER

On the basis of the submissions of the parties (3:09-CV-210 Docs. 18, 19; 3:09-CV-1554 Docs. 12, 16) in response to the Court's Order to Show Cause regarding consolidation issued on August 19,

Dockets.Justia.com

2009 (3:09-CV-210 Doc. 15; 3:09-CV-1554 Doc. 3), the above-captioned cases will not be consolidated.

RICHARD P. CONABOY
United States District Judge

DATED: 8/28/09