IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. REISINGER,<br><br>      Plaintiff<br><br>vs.<br><br>THE CITY OF WILKES-BARRE;<br>THOMAS LEIGHTON; FRANCES<br>KRATZ; GREGORY BARROUK;<br>MICHAEL KERMEC and THE<br>CRADLE COMPANY, II, INC.,<br><br>      Defendants | CIVIL ACTION – LAW<br><br>JURY TRIAL DEMANDED<br><br>(Honorable Richard P. Conaboy)<br><br><br>NO. 3:09-CV-00210 |

## **ENTRY OF APPEARANCE**

TO:  MARY D'ANDREA, CLERK OF COURT:

    Please enter the appearance of the undersigned on behalf of the Defendants, THE CITY OF WILKES-BARRE, THOMAS LEIGHTON, FRANCES KRATZ and GREGORY BARROUK, in the above-captioned matter.

                ROSENN, JENKINS & GREENWALD, LLP

                BY: /S/ THOMAS J. CAMPENNI, ESQUIRE
                      THOMAS J. CAMPENNI, ESQUIRE
                      PA. I.D. NO. 87809
                      15 South Franklin Street
                      Wilkes-Barre, PA 18711-0075
                      (570) 826-5654 – telephone
                      (570) 706-3409 – facsimile

                  Attorneys for Defendants, THE CITY OF
                  WILKES-BARRE; THOMAS LEIGHTON;
                  FRANCES KRATZ; GREGORY BARROUK

624555.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. REISINGER,<br><br>Plaintiff<br><br>vs.<br><br>THE CITY OF WILKES-BARRE; THOMAS LEIGHTON; FRANCES KRATZ; GREGORY BARROUK; MICHAEL KERMEC and THE CRADLE COMPANY, II, INC.,<br><br>Defendants | CIVIL ACTION – LAW<br><br>JURY TRIAL DEMANDED<br><br>(Honorable Richard P. Conaboy)<br><br>NO. 3:09-CV-00210 |

## CERTIFICATE OF SERVICE

**THOMAS J. CAMPENNI**, hereby certifies that on the 31ST day of August, 2009, he caused to be served a true and correct copy of the foregoing Entry of Appearance, by electronic mail to the following:

Peter G. Loftus
Loftus Law Firm, P.C.
P.O. Box V
1207 North Abington Road
Waverly, PA 18471

Kevin T. Fogerty
Law Offices of Kevin T. Fogerty
Mill Run Office Center
1275 Glenlivet Drive, Suite 150
Allentown, PA 18106

ROSENN, JENKINS & GREENWALD, LLP

BY: S/ THOMAS J. CAMPENNI, ESQUIRE
THOMAS J. CAMPENNI, ESQUIRE

624555.1