IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| **Plaintiff,** | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| **Defendants.** | : No. 3:09-CV-210 |

## ORDER

AND NOW, this _____ day of _____, it is hereby ORDERED that the Expert Reports and Discovery Deadlines are extended with regard to the above captioned matter and the new dates are as follows:

Plaintiff's expert reports due December 31, 2010;

Discovery deadline is January 31, 2010;

Defendants' expert reports due January 31, 2010.

BY THE COURT:

_____
J.

FILED
SCRANTON

NOV 0 3 2009

PER _____
DEPUTY CLERK