# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| | : |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| | : |
| Defendants. | : No. 3:09-CV-210 |

## CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that both Attorney Fogerty and Attorney Brobst concur with the attached Motion.

                               Respectfully Submitted,

                               THE LOFTUS LAW FIRM, P.C.

                               /s/ Peter G. Loftus, Esquire
                               Peter G. Loftus, Esquire
                               Attorney I.D. No. 09943
                               P.O. Box V, 1207 N. Abington Rd.
                               Waverly, PA  18471
                               (570) 586-8604