# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| | : |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| | : |
| Defendants. | : No. 3:09-CV-210 |

## ORDER

**AND NOW,** this _____ day of _____ 2009, it is hereby ORDERED that the Dispositive Motion deadline and Expert Deadlines are extended with regard to the above captioned matter and the new dates are as follows:

    Dispositive Motion deadline is March 20, 2010

    Plaintiff's expert reports due January 31, 2010;

    Defendants' expert reports due March 31, 2010.

                                    BY THE COURT:

                                            _____

                                                         J.