FILED
SCRANTON

JAN 1 2010



# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| | : |
| **Plaintiff,** | : |
| | : JURY TRIAL DEMANDED |
| **v.** | : |
| | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| | : |
| **Defendants.** | : No. 3:09-CV-210 |

## ORDER

**AND NOW,** this ___ day of _____ 2009, it is hereby

ORDERED that the Dispositive Motion deadline and Expert Deadlines are

extended with regard to the above captioned matter and the new dates are as

follows:

Dispositive Motion deadline is March 20, 2010

Plaintiff's expert reports due January 31, 2010;

Defendants' expert reports due March 31, 2010.

BY THE COURT:

_____ J.