# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| | : |
| **Plaintiff,** | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| | : |
| **Defendants.** | : No. 3:09-CV-210 |

## ORDER

**AND NOW,** this _____ day of _____ 2010, it is hereby ORDERED that the Discovery Deadline and Dispositive Motion deadlines are extended with regard to the above captioned matter and the new dates are as follows:

    Discovery Deadline is March 31, 2010

    Dispositive Motion deadline is May 20, 2010

                              BY THE COURT:

                                          _____

                                                         J.