## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| | : |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| | : |
| Defendants. | : No. 3:09-CV-210 |

### CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

The undersigned hereby certifies that on instant date Attorney Brobst, concurred with the attached Motion, however a message was left for Attorney Fogerty and as of the time of filing, Attorney Fogerty didn't respond to the call.

Respectfully Submitted,

THE LOFTUS LAW FIRM, P.C.

/s/ Peter G. Loftus, Esquire
Peter G. Loftus, Esquire
Attorney I.D. No. 09943
P.O. Box V, 1207 N. Abington Rd.
Waverly, PA  18471
(570) 586-8604