

**InterMountain**
MEDICAL GROUP, P.C.



**PLAINTIFF'S EXHIBIT**
A

January 22, 2010

Loftus Law Firm
1207 N Abington Rd
Waverly, PA 18471
Peter Loftus, Esquire

RE: Joseph R. Reisinger

Dear Atty. Loftus:

I am sending this letter to you in regard to the above-captioned matter. I am the attending physician of Mr. Reisinger, on 12/29/2009, he suffered an injury, whereby his vertebra was fractured and he dislocated discs.

Treatment was prescribed for the fractured vertebra, but the knowledge of the disc dislocation was not apparent until a second MRI was recently completed on the lower left portion of Mr. Reisinger's back.

As a consequence to the above condition, it has been difficult for Mr. Reisinger to sleep due to the above injuries, and as a consequence of all of the above, he had been unable to return to his law practice, until recently, on a part-time basis, and his condition has still not stabilized.

Kindly contact me after you have had an opportunity to review this letter if you have any questions or need any additional information related to the above.

Sincerely,

William Clearfield D.O.

190 Welles Street, Suite 166, Forty-Fort, Pennsylvania 18704
Phone (570) 714-4448   Fax (570) 714-4528