## CERTIFICATE OF SERVICE

I, Kevin T. Fogerty, Esquire, counsel for Defendants, Michael Kermec and The Cadle Company II, Inc., in this proceeding, hereby state and certify that on Wednesday, January 27, 2010, I served by first class mail, a true and correct copy of the Answer to Plaintiff's Motion for Extension of Time, upon the following:

>Peter G. Loftus, Esquire
>Loftus Law Firm, P.C.
>Box V, 1207 N. Abington Road
>Waverly, PA 18471
>*Attorneys for Plaintiff, Joseph R. Reisinger*

>Donald H. Brobst, Esquire
>Rosenn Jenkins & Greenwald, LLP
>15 S. Franklin Street
>Wilkes-Barre, PA 18711-0075
>*Attorneys for Defendants, City of Wilkes-Barre, Thomas Leighton, Frances Kratz and Gregory Barrouk*

Date: January 27, 2010

_____
Kevin T. Fogerty