## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH R. REISINGER,** | : CIVIL ACTION – LAW |
| | : |
| **Plaintiff,** | : |
| | : JURY TRIAL DEMANDED |
| **v.** | : |
| | : |
| **THE CITY OF WILKES BARRE, et al.** | : (Hon. Richard P. Conaboy) |
| | : |
| **Defendants.** | : No.  3:09-CV-210 |

### PLAINTIFF'S REPLY TO THE ANSWER OF DEFENDANT MICHAEL KERMEC AND THE CADLE II, INC. TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

**NOW COMES**, the Plaintiff by his attorneys THE LOFTUS LAW

FIRM, P.C. and replies to the Defendant Kermec and Cadle's Objections as

follows:

Plaintiff has no objection to extending the Defendants' expert deadline which

was understood to be extended in the original Motion.  The extension should

not be limited to taking depositions of the Plaintiff and his witnesses.

Obviously, it is quite common that after the deposition of any party, the parties

may desire to depose other witnesses who may be identified or who may

information pro or con concerning what the one party's witnesses have to

offer.  Similarly, additional document requests or interrogatories may be

appropriate to obtain information raised during the course of the depositions.

Subsequently, to limit the extension to only Mr. Reisinger's deposition would be prejudicial to the Plaintiff and may indeed actually harm the Defendants prohibiting them from gathering other information that may arise during the depositions.

**WHEREFORE**, it is respectfully requested that the Defendants response be denied as to Section (ii).

Respectfully submitted,

THE LOFTUS LAW FIRM, P.C.

/s/ *Peter G. Loftus, Esquire*
Peter G. Loftus, Esquire
Attorney I.D. No. 09943
Box V, 1207 N. Abington Rd.
Waverly, PA  18471
(570)586-8604