IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
JOSEPH R. REISINGER,            :
        Plaintiff,              :(Judge Conaboy)
        V.                      :
THE CITY OF WILKES-BARRE,       :3:09-CV-210
et al.
        Defendants.             :
```
_____

## REVISED CASE MANAGEMENT ORDER

Because Plaintiff filed a "motion for enlargement of Time of discovery and to file dispositive motions" on January 26, 2010 (Doc. 25); and

Because all parties do not agree on the Discovery Deadline extension proposed by Plaintiff (*see* Doc. 26); and

Because the deposition of Plaintiff on January 26, 2010, and the depositions of Dawn McQuaide, Ken Luck, John Popvich, Rose Ann Lesh, and Daniel Weber on January 28, 2010, could not take place due to an injury sustained by Plaintiff (*see* Doc. 25); and

Because discovery was scheduled to conclude on January 31, 2010 (Doc. 22); and

Because the parties dispute the scope of discovery allowed in any extension (Doc. 26); and

Because certain extensions are necessary to facilitate the progress of this litigation,

**NOW, THEREFORE, THIS 9th DAY OF FEBRUARY 2010 THE FOLLOWING AMENDED SCHEDULE SHALL APPLY,**

1. As limited below, the Discovery Deadline is extended to no later than **March 31, 2010**;

2. The Discovery Deadline extension is limited as follows: 1) during the extension period, the depositions of Plaintiff, Dawn McQuaide, Ken Luck, John Popovich, Rose Ann Lesh, and Daniel Weber, are to be conducted; and 2) the parties are allowed seven days following the final deposition to conduct discovery related to information obtained during the depositions specifically allowed by this Order;

3. The Dispositive Motion Deadline is extended to **May 31, 2010**;

4. Plaintiff's expert's report will be supplied to Defendants on or before **February 28, 2010**;

5. Defendant's expert report will be supplied to Plaintiff on or before **April 30, 2010**;

6. All other previously scheduled dates remain in effect.

BY THE COURT:

S/Richard P. Conaboy
Richard P. Conaboy
United States District Judge